

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re Linda Jackson,

No. 11-21-00160-CV

\* Original Mandamus Proceeding

\* August 12, 2021

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.